RECEIVED

JAN 1 2 2024

TONY R MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY _____

# A COMPLAINT UNDER THE CIVIL RIGHTS ACT,

## 42 U.S.C. § 1983

### UNITED STATES DISTRICT COURT

__Western__ DISTRICT OF LOUISIANA

1:24-cv-0154

Ronnie L. Williams, AKA "Hardison. White"

Inmate (DOC) Number: #392995

**VERSUS**

La La B. Sylvester; Rodger Henson;
Desiree D. Dyess; Cloyd Benjamin;
Natchitoches Parish Detention Center; Records
Administration division

Instructions for Filing Complaint by Prisoners
Under the Civil Rights Act, 42 U.S.C. § 1983

This packet includes copies of a complaint from and one copy of the pauper affidavit.

**IF YOU ARE A PARISH PRISONER**, you must file an original copy of your complaint for defendant you name. For example, if you name two defendants, you must file the original and two copies of the complaint. You should also keep an additional copy of the complaint for your own records.

**IF YOU ARE A D.O.C. PRISONER**, you must file and original and one copy of your complaint. If the defendants are still employed by the Department of Public Safety and Corrections, only one service copy is needed. Otherwise, you must supply a copy of the complaint and the service addresses for <u>each</u> defendant no longer employed by the Department of Public Safety and Corrections.

<u>All copies of the complaint must be identical to the original.</u>

The names of **all parties** must be listed in the caption and part III of the complaint <u>exactly the same</u>.

In order for this complaint to be filed, it must be accompanied by the filing fee of $120.00. In addition, the United States Marshall will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to pre-pay the filing fee and service costs, you may petition the court to proceed in forma pauperis. For this purpose, a pauper affidavit is included in this packet. You must sign the affidavit and obtain the signature of an authorized officer certifying the money in your inmate account. If pauper status is granted, you will be required to pay an initial partial filing fee of 20% of the average monthly deposits and thereafter, prison officials shall be ordered to forward monthly payments of 20% from your inmate account until the entire filing fee is paid.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS. ALSO, <u>DO NOT INCLUDE EXHIBITS</u>.

When you have completed these forms, mail the original and copies to the Clerk of the United States District court for the District you are filing in. For example: Clerk of Court, Middle District of Louisiana, P.O. Box 2630, Baton Rouge, LA, 70821.

I.  **Previous Lawsuits**

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes (✓)

No ( )

B. If you answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit

Plaintiff(s): _Filed a previous lawsuit on La Ja Sylvester in 2016 and filed a appeal to Remove out of this District Court to the 5th Circuit_

Defendant(s): _La La Sylvester conducted Violations of 25 9 C Ethical Conduct inc Canons Violation_

2. Court (if federal court, name the district; if state court, name the parish): _Western District it was filed to from Original District of Natchitoches Parish 10th Judicial District Court_

3. Docket number: _Civil Action No: 1:16-CV-01138-P._

4. Name of judge to whom case was assigned: _Donald E Walker_

5. Disposition (for example: Was case dismissed? Was it appealed? Is it still pending?): _Yes I appeal but only to move Venue but It's not in pursuit_

6. Date of filing lawsuit: _____

7. Date of disposition: _____

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, dismissed by any federal court as frivolous, malicious, or for failure to state a claim for which relief can be granted? Yes (✓)  No ( )

II.  **Place of Confinement: Natchitoches Parish Detention Center**

A. Is there a prisoner grievance procedure at this institution? Yes (✓) No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes (✓) No ( )

C. If your answer is yes:

1. Identify the administrative procedure number(s) in which the claims raised in this complaint were addressed. _Form B-05-005 - ARP-1_ _10 July 2017_

2. What steps did you take? _I filed to the_

3. What was the result? _they have not responded No_

D. If your answer is no, explain why not: _I don't know why my remedy is going to the next step_

III.  **Parties**

(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff(s): Tommie Williams Hardison White
Address: Natchitoches Parish Detention Center 299 Edward Dr.

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions and places of employment of any additional defendants.

B. Defendant La La Sylvester is employed as the Judge of Honor in A. at The 10th Judicial District Court of Natchitoches Parish

C. Additional defendants: Judge of B division Desiree Duhone Dyess; Chief over Jail Rodger Jensen; the District Attorney; Cloyd Benjamin; The NPDC Record Department.

IV. **Statement of Claim**

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Therefore Honorable Judge has breached her duty by Violation of Canons, for such Un Ethic/e Conduct on 1/2023 when setting my Bond. (2) on 12/4/2023 By Attempting to Arrange me in force. (3) she Attempted 2021 also to Arrange me by force (4) I've filed in this same Court on date 2016. one same conduct (5) She was my District Attorney he Record I was found guilty 2007 sentenced to 12 years. End of statement But I've filed to the Judicial Commissional For Complaint of Cases

Chief Rodger Jensen Was the Head Detective that Orcharstrated the Sch II of Disterbution that was in same Minustration of LaLa Sylvester

That on the month of October he called me from Barea to booking to a unknown sheriff officer that gave a invalid Indictment for October 2023 to be Arrange By La'ni Sylvester on 12/4/2023. See Records. Conflict of Interest. the bench Warrant was invalid on June 2023

Desiree Dubose Dyess breached her duty and violated her canons in open court on November 29, 2023 When District Attorney Cloyd Benjamine walk up to the Chamber put a piece of paper over his mouth and in a aggressive hook told her something Bias or illegal to keep a hold on me And left illegal offences on me with illegal FTA's that Remained till 9/10/2023 / to 12/27/2023 Governmental Conspiracy

Cloyd Benjamine violated the Court By walking up to the Judge of Honor Desiree Dubose Dyess and put a paper over his mouth and Disrupted the Court Rule Policy of Court

On the Arrest of 9/10/2023 for FTA. Records left the FTA on Ronnie Williams after going to Court on 11/29/2023 until 12/27/2023 the FTA Remained. Therefore I notified Record because of arrest 9/10/2023 court date for November 6, 2023 11/6/2023 passed and I notified Records they said on the key off that they lost my court date and on another date Mrs Davis said over Records that she found a court date 11/29/23 I appeared they never moved the FTA. I went on 12/4/23 they still didn't remove the FTA. I appeared on 12/14/2023 And they still have the FTA even until Now 12/27/23

This is a Governmental Conspiracy with Conflict of Interest.

V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Attach no exhibits.

To allow all my Rights to be Inforced and To allow all Violations to be properly handled for such Supreme Authority of this Currupted system of Natchitoches Parish Jail and Court System

_____

_____

_____

VI.  **Plaintiff's Declaration**

1. I understand that I am prohibited from bringing a civil action in forma pauperis if, while I was incarcerated or detained in any facility, I have brought three or more civil actions or appeals in a court of the United States that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

2. I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire filing fee, and any cost assessed by the Court, which, after payment of the partial initial filing fee, shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

3. I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

Signed this 27 day of December, 20 23.

_____
Signature of Plaintiff(s)

Reference Code Number(s)
For Future Notice

25 & C code of Judicial Conduct Violation
of C section of the state of Louisiana State
Federal Codes of Offences of Violations

Form B-05-005-ARP-1
10 July 2013

## ADMINISTRATIVE REMEDY PROCEDURE

**THIS IS A REQUEST FOR ADMINISTRATIVE REMEDY**

Ronnie L. Williams, White Hardison  —  DOC # 352995  —  November 29, 2023
Offender's Name         DOC #                      Date of Incident/Complaint

JPDC Jail — In Court on Nov. 29, 2023
Place and Time of Incident/Complaint

Describe Nature of Complaint (i.e. WHO, WHAT, WHEN, WHERE, and HOW)

Mrs Desiree Duhon Dyess and Lloyd Benjamin on March 2023 Ruled on a 292, 297, 703 and a Habeas Corpus that was filed January 2023 on Conflict of Interest where Mrs La ka Brianona Judge of Honor filed or set Bail. The DA Mr Lloyd Benjamin Dropped all Felony offences to make invalid the 292 297, 703 Ex-Felony all offen(ce)s went to Misdemeanors and Dropped the bail. I bailed out of NPDC by Mr. Dott. Benjamin Bail serves and had a court day set for May 2023. A. Failed to reach to —

Ronnie Williams        /s/ 352995              12/5/2023
Offender's Signature   DOC #                   Date

TO: _____
     Offender's Name and DOC #

( ) ACCEPTED:  Please respond to the offender within 40 days/Five days for PREA.

( ) REJECTED:  Your request has been rejected for the following reason:

_____        _____
Date                         ARP Screening Officer

I gained a FIA from misdemeanor of Tenic see Records of Bail sheet or Records of NPDC And Cleck of court. That on September 10, 2023 I was arrested given a Indictment for November 6, 2023. The NPDC Lost my court date see Records and set it For 29th of November 2023 I appeared to court from Jail The charges was without Record. And sneaked the court. Record to be all Felonies again and offered me 10 years. I stopped the Active Honor Judge to Reminde her of the error. The DA Mr Joyd Beaugurial in open court called hes the Judge Desireé Duhon Dyess and walked up to the Chamber and Looked at me the Judge put paper over his mouth and told her something bias and illigal of the Matter and in open court she agreed. Violation F cannons Conflict of Intcest in a Governmental Conspiracy to breach their Duty in open court on a invalid procedure, I asked her to check the matter she left the court set my trial date on Charges I Never been arrange on. Violated my 8th 4th and 14 teenth United States Amendments.

Violation the statute of Louisiana and federal code of criminal conduct such as Governmental Conspiracy of Conflict of Interest

Form B-05-005-ARP-1
10 July 2013

## ADMINISTRATIVE REMEDY PROCEDURE

**THIS IS A REQUEST FOR ADMINISTRATIVE REMEDY**

Ronnie L. Williams, White, Hardison    # 352995             October 2023
Offender's Name                         DOC #                Date of Incident/Complaint

NPDC   October 2023
Place and Time of Incident/Complaint

Describe Nature of Complaint (i.e. WHO, WHAT, WHEN, WHERE, and HOW)

Chief Rodger Hensen was at the booking desk when I approached from B dorm from a call out to booking. He told me to go and check for the unknown officer from the Sheriff Department. Check the cameras and the allow indictment sheet. He was informing me of some unknown felony offices FTA that was from June of 2023 that I never bonded out for but was set for arrangement of December 4, 2023 that was attempted by active Judge of Junior Laila Beramins Sylvester. I ask the chief to look into it however said nothing but how he don't like me and my attitude out of Idlemo

Ronnie Williams    392595            12/5/2023
Offender's Signature    DOC #          Date

TO: _____
     Offender's Name and DOC #

( ) ACCEPTED:    Please respond to the offender within 40 days/Five days for PREA.

( ) REJECTED:    Your request has been rejected for the following reason:

_____
Date                                                ARP Screening Officer

Violation of Civil Commissions and Federal Code of Criminal offenses
By Governmental officials such as Read over Records Malfeasance
In office Tampering with Evidence

Records office officials                                                   Records office

Form B-05-005-ARP-1
10 July 2013

## ADMINISTRATIVE REMEDY PROCEDURE

**THIS IS A REQUEST FOR ADMINISTRATIVE REMEDY**

Ronnie L. Williams, White Hardison     #329595            November 6, My Court date Was
Offender's Name                        DOC #             Date of Incident/Complaint

NPDC Jail November 2, I checked the Roster For court
Place and Time of Incident/Complaint

Describe Nature of Complaint (i.e. WHO, WHAT, WHEN, WHERE, and HOW)

I Notified Record on November 2nd because I was Not on the Roster For court From a FTA From May 2023. From a set day of March 2023 From a Evidentiary hearing that was set From January the Filing date For Felony offenses original arrest possession of CDS II, and a invalid bench warrant FTA on charges that was ORR of 470L. Ms. Brianna Sylvester set the bond and For the January of the arrest of FTA invalid and a Poss cdsI the Felony offense was Filed For a conflict of Interest that Mr Cloyd Berry remise Dropped all offenses to Misdemeanor, and it caused my bond to drop Fuses bonded out by Mr Doffie Benjamin Jr

Ronnie L. Williams     #329595            12/5/2023
Offender's Signature   DOC #              Date

TO: _____
    Offender's Name and DOC #

( ) ACCEPTED:    Please respond to the offender within 40 days/Five days for PREA.

( ) REJECTED:    Your request has been rejected for the following reason:

_____
Date                                              ARP Screening Officer

Now I Bonded out on March 2023 the court date was set for May 2023 I missed court I was Arrested September 10, 2023 For FTA. 350 dollar Fine with a OR Bond Trespassing Charge The Indictment was set for November 6, 2023 For FTA I missed court. I notified Records they say they didnt have a court date give them a minute. they hit back on the Keyott and gave me November 29, 2023. I got to court the charges went back to Felony's where Records know I bonded out on Misdemeanors. Then gave me another breach warrant FTA 350 dollar Fine the officer say I missed court in June 2023 when Record knows impossible they dont have a Record of No bondsman bail undertake of me Leaveing for Felony offences of this NPDC. I ask to clear the error they sent me to court and I still have FTA after going to court informing the Judges on both appearance they set more dates and Leave me in bondage still have FTA and a OR Bond and still held in Jail

Reference Code Number: [THE Judicial Commissioner of Louisiana]
For Future Notice: 28 C. Code of Judicial Conduct
Violations of C. section of this State of Louisiana
state and Federal codes of offences, violations

Form B-05-005-ARP-1
10 July 2013

## ADMINISTRATIVE REMEDY PROCEDURE

**THIS IS A REQUEST FOR ADMINISTRATIVE REMEDY**

Ronnie Williams White Davidson  392993    October 2023 Served a Warrantless
Offender's Name    DOC #    Date of Incident/Complaint

NPDC Multipurpose Room on 12/4/2023 invalid arraignment
Place and Time of Incident/Complaint

Describe Nature of Complaint (i.e. WHO, WHAT, WHEN, WHERE, and HOW)

Mrs. LaLa Brianna Sylvester on 12/4/2023 breached her duty by attempting to arraign me in force. She set a bail on me January 2023 for new offences, she attempted to arraign me 2021. All offences was illegal. We filed a charge on her to the Judicial Commissioner twice besides this one. Filed in the Federal United States Western District Court a Conflict of Interest. She won't stop her malicious conduct that has led to a Governmental Conspiracy. Her office is not held.

Ronnie Williams  392555    12/5/2023
Offender's Signature  DOC #    Date

TO: _____
    Offender's Name and DOC #

( ) ACCEPTED:   Please respond to the offender within 40 days/Five days for PREA.

( ) REJECTED:   Your request has been rejected for the following reason:

_____
_____
_____

Date                        ARP Screening Officer

An Ethical Conduct she is violating Louisiana 25 § C. Esection of her Canons furiously. She was my District Attorney in 2007 that in office a 12 year sentence From being Distrabution of CDS she is in force to Judge me Pull Record to see her conduct of Demaned.